### HOLMES v. THE STATE.

(Decided December 16, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. H. P. HEFLIN.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—It appears that defendant was convicted of murder in the first degree and sentenced to the penitentiary for his natural life, and that this court is without jurisdiction under the act creating it, to hear and determine the motion to affirm on certificate. Motion denied and cause stricken.

THOMAS, J., not sitting.

(This case is reported in 195 Ala. 673, and 70 South. 720.— Reporter.)